**Order filed September 9, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-09-00078-CV
_____

### ASPEN EXPLORATION, INC., Appellant

### V.

### INTEGRATED PRODUCTION SERVICES, LLC., Appellee

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2007-33148**

## ORDER

On March 26, 2009, this court abated this appeal because appellant was named as a debtor in an involuntary Chapter 7 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of Texas, under cause number 08-50325. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on July 30, 2019. The parties did not advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.